IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED
OCT - 7 2014
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| ERIC PRETTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:14CV355–HEH |
| ) | |
| COMMONWEALTH ATTORNEY'S ) | |
| OFFICE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

Plaintiff, a Virginia detainee, submitted this civil action. The Complaint in this action fails to comply with Federal Rule of Civil Procedure 8(a). That rule provides:

> **(a) Claim for Relief.** A pleading that states a claim for relief must contain:
> (1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;
> (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and
> (3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

Fed. R. Civ. P. 8(a). Plaintiff fails to identify the basis for the Court's jurisdiction or provide a short and plain statement of his claim. Accordingly, by Memorandum Order entered on August 20, 2014, the Court directed Plaintiff, within fifteen (15) days of the date of entry thereof, to file a complaint that complies with Federal Rule of Civil Procedure 8(a). The Court warned Plaintiff that failure to comply with the above directions would result in the dismissal of the action. *See* Fed. R. Civ. P. 41(b).

More than fifteen (15) days have elapsed since the entry of the August 20, 2014 Memorandum Order and Plaintiff has failed to filed a response. Accordingly, the action will be dismissed without prejudice.

An appropriate order will accompany this Memorandum Opinion.

                                                 /s/
Date: Oct. 6, 2014       HENRY E. HUDSON
Richmond, Virginia      UNITED STATES DISTRICT JUDGE